UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re

    DAVID MCCASLAND;

        Debtor        No. 12-00-10197-JA

REPORT TO THE COURT ON UNCLAIMED
FUNDS DEPOSITED INTO THE COURT REGISTRY

    COMES NOW the case Trustee in Bankruptcy, Ron Holmes, and hereby reports to the court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, the Trustee did deposit the total sum of $1,200.62 to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following debtor in the following amount(s):

| No. | Name & Address | Amount |
|---|---|---|
| 2 | States Resources<br>14803 Frontier Road<br>Omaha, NE 68138 | $783.96 |
| 6 | Internal Revenue Service<br>210 E. Earll<br>Stop 5013PX<br>Phoenix, AZ 85012 | $416.66 |

    TOTAL $1,200.62

Respectfully submitted,

electronically filed
Ron Holmes
Chapter 12 Trustee
112 Edith NE
Albuquerque, NM 87102
(505) 268-3999 Office
(505) 268-3939 Fax